```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Ashley Brent,

                Plaintiff,         08-CV-11380 (KMK)(GAY)

-v-                                        CALENDAR NOTICE

Teeman, Perley Gilmartin, Inc.,

                Defendants.
------------------------------------------------------X

      Please take notice that the above captioned action has been scheduled for oral argument on all pending motions before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, January 20, 2011 at 10:00 a.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

      Any scheduling difficulties must be brought to the attention of the Court in writing, at least five business days beforehand.

Dated: November 23, 2010
       White Plains, New York

                                            So Ordered

                                            Kenneth M. Karas, U.S.D.J