─── THE LAW OFFICES OF ───
# DAVID W. RUBIN

600 SUMMER STREET • SUITE 201
STAMFORD, CT  06901

(203) 353-1404    FAX: (203) 357-7208

DAVID W. RUBIN*                                                                                                *ADMITTED IN CT & NY
ANDREW J. SOLTES, JR.*

December 20, 2009

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   Ashley Brent v. Teeman, Perley Gilmartin, Inc. et al
      Case Number: 08 Civ. 11380(KMK)(GAY)

Dear Judge Karas:

   This office represents defendants/counterclaimants Teeman, Perley, Gilmartin, Inc. and Marybeth Gilmartin in the above-referenced matter pending in the District Court. Said matter is currently scheduled for a hearing on all pending motions to be held on Thursday, January 20, 2011 at 10:00 a.m. in Courtroom 521.

   I write this letter to respectfully request that the aforementioned hearing be adjourned and rescheduled for a date and time that is convenient for the Court and parties. Pursuant to Your Honor's Chamber's Practice regarding *Requests for Adjournments or Extensions of Time*, the parties have conferred and the plaintiff consents to the requested adjournment. While the parties' respective schedules are in conflict for a substantial portion of January, the parties are both available on January 28, 2011 – if that date is convenient for the Court.  I seek the rescheduling of the hearing in light of the fact that defendants' principal trial counsel, David W. Rubin, will be on a previously scheduled vacation outside the country from January 12 through January 24, 2011. This is the first request for adjournment regarding this hearing.

   I thank you for your time and consideration.

                                                            Very truly yours,

                                                            *[signature]*
                                                            Andrew J. Soltes, Jr.


cc:   Donald S. Campbell, Esq.
      Brian D. Murphy, Esq.