UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ASHLEY BRENT, | 08-CV-11380 (KMK) |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY** |
| v. | |
| TEEMAN, PERLEY GILMARTIN, INC., MARYBETH GILMARTIN & KROLL BACKGROUND AMERICA, INC., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that the following attorney hereby withdraws her appearance as counsel for Defendant Kroll Background America, Inc. in the above-captioned action, is no longer participating in the above-captioned action on behalf of any Defendant and should no longer receive notices related to this action through the Court's ECF notification system:

Devjani Mishra

13014972v.1

The remaining counsel for Defendants should continue to receive ECF notices as previously advised.

Dated: December 31, 2010

                SEYFARTH SHAW LLP

                By:    s/Devjani Mishra
                      Devjani Mishra

                620 Eighth Avenue, 32nd Floor
                New York, New York  10018-1405
                Tel.: (212) 218-5500
                Fax: (212) 218-5526
                dmishra@seyfarth.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2010, I filed the foregoing Notice of Withdrawal with the Clerk of the District Court electronically using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s Devjani Mishra
Devjani Mishra

13014972v.1